People v Ingram (2023 NY Slip Op 00162)

People v Ingram

2023 NY Slip Op 00162

Decided on January 12, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 12, 2023

Before: Manzanet-Daniels, J.P., Kapnick, Singh, Mendez, Rodriguez, JJ. 

Ind. No. 2938/17 Appeal No. 17068 Case No. 2018-4470 

[*1]The People of the State of New York, Respondent,
v
Alantha Ingram, Defendant-Appellant.

Justine M. Luongo, The Legal Aid Society, New York (DÉsirÉÉ Sheridan of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Amanda Katherine Regan of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Melissa Jackson, J.), rendered March 27, 2018,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 12, 2023
Counsel for appellant is referred to
§ 606.5, Rules of the Appellate Division,
First Department.